| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 15, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br><br>    SHARON D SIMMS LEWIS | Case No.:  14-29356 SLM<br><br>Hearing Date:  9/14/2016 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 15, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SHARON D SIMMS LEWIS

Case No.: 14-29356

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/14/2016 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,886.00 starting on 10/1/2016 for the remaining 36 month(s); and it is further

- ORDERED, that any future tax refunds in excess of $1,500 not paid into the plan, the case will be subject to immediate dismissal; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.