UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:
    Sharon D. Simms Lewis

Debtor.

**Order Filed on October 27, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 14-29356-SLM

Adv. No.:

Hearing Date: n/a

Judge: Stacey L. Meisel

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 27, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Sharon D. Simms Lewis
Case No: 14-29356-SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 1402 Shirley Street, Plainfield, NJ 07062, Denise Carlon, Esq. appearing, upon a consent order curing post-petition arrears, and this Court having considered the representations of attorneys for Secured Creditor and Christine Curran, Esq.., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of September 15, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for post-petition escrow disbursements of $6,636.98 as outlined in the post-petition fee notice filed on August 4, 2016, and $2,119.73 disbursed on July 28, 2016, totaling $8,756.71and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor has paid $4,517.55 towards those advances as of September 15, 2016; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $4,239.16, shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to taxes and insurance, and if Debtor does not maintain these payments, Secured Creditor can advance for these items and seek relief from this Court.

I hereby agree and consent to the above terms and conditions:      Dated:  10/21/2016


*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:      Dated:  10/21/2016


*/s/ Christine Curran*
CHRISTINE CURRAN, ESQ., ATTORNEY FOR DEBTOR

Sharon Simms Lewis
1402 Shirley Street
Plainfield, NJ 07062

Christine Curran
25 Chatham Road
Chatham, NJ 07928

Case 14-29356-SLM    Doc 67    Filed 10/27/16    Entered 10/27/16 10:27:09    Desc Main
                        Document      Page 5 of 6

Marie Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004