UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

　　　Sharon D. Simms Lewis

Debtor.

**Order Filed on October 27, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:　14-29356-SLM

Adv. No.:

Hearing Date:　n/a

Judge:　Stacey L. Meisel

## CONSENT ORDER CURING POST-PETITION ARREARS

　　　The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 27, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtosr:  Sharon D. Simms Lewis
Case No:  14-29356-SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 1402 Shirley Street, Plainfield, NJ 07062, Denise Carlon, Esq. appearing, upon a consent order curing post-petition arrears, and this Court having considered the representations of attorneys for Secured Creditor and Christine Curran, Esq.., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 15, 2016, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for post-petition escrow disbursements of $6,636.98 as outlined in the post-petition fee notice filed on August 4, 2016, and $2,119.73 disbursed on July 28, 2016, totaling $8,756.71and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor has paid $4,517.55 towards those advances as of September 15, 2016; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $4,239.16, shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to taxes and insurance, and if Debtor does not maintain these payments, Secured Creditor can advance for these items and seek relief from this Court.

I hereby agree and consent to the above terms and conditions:          Dated:   10/21/2016


*/s/Denise Carlon*
_____
DENISE   CARLON,   ESQ.,   ATTORNEY   FOR   SECURED
CREDITOR


I hereby agree and consent to the above terms and conditions:          Dated:   10/21/2016


*/s/ Christine Curran*
_____
CHRISTINE CURRAN, ESQ., ATTORNEY FOR DEBTOR

Sharon Simms Lewis
1402 Shirley Street
Plainfield, NJ 07062

Christine Curran
25 Chatham Road
Chatham, NJ 07928

Marie Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-29356-SLM
Sharon D Simms Lewis                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 27, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db            +Sharon D Simms Lewis,    1402 Shirley Street,    Plainfield, NJ 07062-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Sharon D Simms Lewis info@tannelaw.com,   clerk@tannelaw.com
                                                                                  TOTAL: 4