UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
25 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

In Re:

Sharon D. Simms Lewis

Order Filed on November 30, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 14-29356-SLM

Chapter: 13

Judge: Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Document      Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____6.18_____ for a total of $_____406.18_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,900.00____ per month for  34 remaining  months to allow for payment of the above fee.

Increased plan payments to commence December 2016.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*