**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Sharon D Simms Lewis | Case No.:  14-29356-SLM<br><br>Hearing Date:  May 9, 2018<br><br>Chapter:  13<br><br>Judge:  Stacey L. Meisel |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable ___Stacey L. Meisel___, United States
Bankruptcy Judge.

**Reason for Hearing:**    Debtor's Certification in Opposition to Creditor's Certification of Default

**Location of Hearing:**    Courtroom No. _3 A_
 3rd Floor
 50 Walnut Street
 Newark, New Jersey 07102

**Date and Time:**    May 9, 2018 at 10:30 AM_____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: _MApril 11, 2018_____    JEANNE A. NAUGHTON, Clerk

By: _Nelson Dos Santos_____
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____April 11_____, 20_18___ this notice was served on the
following: Debtor, Debtor's counsel, Secured creditor, Secured creditor's counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: _Nelson Dos Santos_____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-29356-SLM
Sharon D Simms Lewis                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db              +Sharon D Simms Lewis,    1402 Shirley Street,    Plainfield, NJ 07062-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
        Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
        Brian C. Nicholas    on behalf of Creditor   MidFirst Bank bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Scott E. Tanne    on behalf of Debtor Sharon D Simms Lewis info@tannelaw.com,
          tanne.ecf.email@gmail.com
                                                                            TOTAL: 5