Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−29356−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sharon D Simms Lewis
  1402 Shirley Street
  Plainfield, NJ 07062

Social Security No.:
  xxx−xx−2871

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 27, 2015.

On 7/31/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              August 22, 2018
Time:              09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 1, 2018
JAN: wdh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 14-29356-SLM
Sharon D Simms Lewis                                            Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Aug 01, 2018
                             Form ID: 185             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db            +Sharon D Simms Lewis,    1402 Shirley Street,    Plainfield, NJ 07062-2131
515061072     +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
515061073    ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
515061074      Capital One Bank,    c/o Eichenbaum & Stylianou LLC,    PO BOX 914,    Paramus, NJ 07653-0914
515207110      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515221725      CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
515061075     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
515089357     +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
515061078     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515061079     +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515061080     +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515061081     +FIA Card Services,    c/o Zwicker & Associates, P.C.,    1101 Laurel Oak Road,    Suite 130,
               Woorhees, NJ 08043-4322
516241959     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516241960     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118,    MidFirst Bank,
               999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515061089     +Milstead & Associates LLC,    Woodland Falls Corporate Park,    220 Lake Drive East,    Suite 301,
               Cherry Hill, NJ 08002-1165
515061090     +Newark Po Cu,    Pob 1570,    Newark, NJ 07101-1570
515061093    ++STATE OF NEW JERSEY,     DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of NJ Division of Taxation,     PO BOX 187,
               Trenton, NJ 08695-0187)
515122145     +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515061094     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515061095     +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
515157493      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
515061096     +Wells Fargo Financial Nat'l Bk/Bobs Disc,     Po Box 10438,    Des Moines, IA 50306-0438
515061097     +Wells Fargo Financial Nat'l Bk/Bobs Disc,     Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515061076     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 02 2018 00:37:44      Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
515061077     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 02 2018 00:37:12      Credit One Bank,
               585 S. Pilot Street,    Las Vegas, NV 89119-3619
515061083      E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 00:37:30     GECRB/JC Penny,    Po Box 984100,
               El Paso, TX 79998
515061082     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 00:36:29     GECRB/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515061084     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 00:36:29     GECRB/Walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
515061085     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 00:36:29     GECRB/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
515061087     +E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 00:30:33     Internal Revenue Service,
               PO BOX 7346,    Philadelphia, PA 19101-7346
515247123      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 02 2018 00:31:43     Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
515061088     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 02 2018 00:30:20      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515061091     +E-mail/PDF: cbp@onemainfinancial.com Aug 02 2018 00:37:26     Onemain,    Po Box 499,
               Hanover, MD 21076-0499
515061092     +E-mail/PDF: cbp@onemainfinancial.com Aug 02 2018 00:37:25     Onemain Fi,    Po Box 499,
               Hanover, MD 21076-0499
515280616      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 00:58:49
               Portfolio Recovery Associates, LLC,    c/o Walmart Master Card,    POB 41067,    Norfolk VA 23541
516183610     +E-mail/Text: bnc-quantum@quantum3group.com Aug 02 2018 00:31:09
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516183609      E-mail/Text: bnc-quantum@quantum3group.com Aug 02 2018 00:31:09
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 16
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Aug 01, 2018
                              Form ID: 185             Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515061086        Harry Lewis
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Sharon D Simms Lewis info@tannelaw.com,
               tanne.ecf.email@gmail.com
                                                                                   TOTAL: 5
```