Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 14−29356−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sharon D Simms Lewis
    1402 Shirley Street
    Plainfield, NJ 07062

Social Security No.:
    xxx−xx−2871

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: rah

                                                                                          Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-29356-SLM
Sharon D Simms Lewis                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
```
db             +Sharon D Simms Lewis,    1402 Shirley Street,    Plainfield, NJ 07062-2131
515061072      +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
515061074       Capital One Bank,    c/o Eichenbaum & Stylianou LLC,    PO BOX 914,    Paramus, NJ 07653-0914
515221725       CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
515061079      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
515061080      +Experian,    PO BOX 9701,   Allen, TX 75013-9701
515061081      +FIA Card Services,    c/o Zwicker & Associates, P.C.,    1101 Laurel Oak Road,    Suite 130,
                 Woorhees, NJ 08043-4322
516241959      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516241960      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118,    MidFirst Bank,
                 999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515061089      +Milstead & Associates LLC,    Woodland Falls Corporate Park,    220 Lake Drive East,    Suite 301,
                 Cherry Hill, NJ 08002-1165
515061090      +Newark Po Cu,    Pob 1570,   Newark, NJ 07101-1570
515061093     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of NJ Division of Taxation,     PO BOX 187,
                 Trenton, NJ 08695-0187)
515122145      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515061095      +Trans Union,    PO BOX 2000,   Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515061073       EDI: BANKAMER.COM Jan 12 2019 04:48:00      Bk Of Amer,   Po Box 982235,    El Paso, TX 79998
515207110       EDI: BL-BECKET.COM Jan 12 2019 04:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515061075      +EDI: CIAC.COM Jan 12 2019 04:48:00      Citimortgage Inc,   Po Box 9438,
                 Gaithersburg, MD 20898-9438
515061076      +EDI: RCSFNBMARIN.COM Jan 12 2019 04:48:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
515061077      +EDI: RCSFNBMARIN.COM Jan 12 2019 04:48:00      Credit One Bank,    585 S. Pilot Street,
                 Las Vegas, NV 89119-3619
515089357      +EDI: TSYS2.COM Jan 12 2019 04:48:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
515061078      +EDI: TSYS2.COM Jan 12 2019 04:48:00      Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
515061083       EDI: RMSC.COM Jan 12 2019 04:48:00      GECRB/JC Penny,   Po Box 984100,    El Paso, TX 79998
515061082      +EDI: RMSC.COM Jan 12 2019 04:48:00      GECRB/JC Penny,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515061084      +EDI: RMSC.COM Jan 12 2019 04:48:00      GECRB/Walmart,   Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
515061085      +EDI: RMSC.COM Jan 12 2019 04:48:00      GECRB/Walmart,   Po Box 965024,    Orlando, FL 32896-5024
515061087      +EDI: IRS.COM Jan 12 2019 04:48:00      Internal Revenue Service,    PO BOX 7346,
                 Philadelphia, PA 19101-7346
515247123       EDI: JEFFERSONCAP.COM Jan 12 2019 04:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
515061088      +EDI: CBSKOHLS.COM Jan 12 2019 04:48:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515061091      +EDI: AGFINANCE.COM Jan 12 2019 04:48:00      Onemain,   Po Box 499,    Hanover, MD 21076-0499
515061092      +EDI: AGFINANCE.COM Jan 12 2019 04:48:00      Onemain Fi,   Po Box 499,    Hanover, MD 21076-0499
515280616       EDI: PRA.COM Jan 12 2019 04:48:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Master Card,    POB 41067,   Norfolk VA 23541
516183610      +EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
516183609       EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
515061094      +EDI: WTRRNBANK.COM Jan 12 2019 04:48:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
515157493       EDI: WFFC.COM Jan 12 2019 04:48:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
515061097      +EDI: WFFC.COM Jan 12 2019 04:48:00      Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 94498,
                 Las Vegas, NV 89193-4498
515061096      +EDI: WFFC.COM Jan 12 2019 04:48:00      Wells Fargo Financial Nat'l Bk/Bobs Disc,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 25
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                  Date Rcvd: Jan 11, 2019
                                      Form ID: 148                   Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515061086        Harry Lewis
                                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Sharon D Simms Lewis ecf@tannelaw.com,
               tanne.ecf.email@gmail.com
                                                                                                    TOTAL: 5
```